1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8
9

10  RANDY ROHDE,                                        )
                                                       )    Case No. 2:17-cv-00620-GMN-NJK
11                              Plaintiff(s),           )
                                                       )    ORDER
12  vs.                                                )
                                                       )    (Docket No. 14)
13  PROGRESSIVE DIRECT INSURANCE                        )
    COMPANY,                                            )
14                                                     )
                                Defendant(s).           )
15  _____ )

16        Pending before the Court is the parties' stipulated protective order. Docket No. 14. Read

17  literally, the stipulated protective order would subject the Court and its staff to civil liability for any

18  disclosure of confidential information if contrary to the terms of the stipulated protective order. *See id.*

19  at ¶ 14; *see also id.* at ¶ 3(d) (identifying Court officials as "qualified persons"). This is problematic for

20  numerous reasons. First, the Court has its own duty to apply Ninth Circuit standards to unseal materials

21  as appropriate even though those materials may have been designated as confidential pursuant to the

22  stipulated protective order. *See, e.g.*, *Florence v. Cenlar Fed. Savings & Loan*, 2017 WL 1078637, at

23  *4 n.5 (D. Nev. Mar. 20, 2017) (the mere fact that a document is designated confidential pursuant to a

24  stipulated protective order does not ensure the Court will maintain that document under seal once filed).[1]

25  Second, Court officials are absolutely immune from civil liability in conjunction with exercising judicial

26  functions. *See, e.g.*, *Burton v. Infinity Capital Mgmt.*, 862 F.3d 740, 747-48 (9th Cir. 2017) (discussing

27

28        [1] The stipulated protective order implicitly acknowledges this elsewhere. *See* Docket No. 14 at ¶ 17.

reach of absolute judicial immunity).  Accordingly, the Court declines to enter the parties' proposed

stipulated protective order in its current form, and it is hereby **DENIED**.

IT IS SO ORDERED.

DATED: August 16, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge