| | |
|---|---|
| 1 | RYAN L. DENNETT, ESQ. |
| | Nevada Bar No. 005617 |
| 2 | rdennett@dennettwinspear.com |
| | MATTHEW J. WAGNER, ESQ. |
| 3 | Nevada Bar No. 011311 |
| | mwagner@dennettwinspear.com |
| 4 | **DENNETT WINSPEAR, LLP** |
| | 3301 N. Buffalo Drive, Suite 195 |
| 5 | Las Vegas, Nevada 89129 |
| | Telephone: (702) 839-1100 |
| 6 | Facsimile: (702) 839-1113 |
| | *Attorneys for Progressive Direct* |
| 7 | *Insurance Company* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDY ROHDE, | |
| Plaintiff, | Case No: 2:17-cv-00620- GMN-NJK |
| vs. | ***STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*** |
| PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I through X, inclusive, ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between, JULIE A. MERSCH, ESQ., and LAWRENCE E. MITTIN, ESQ., attorneys for Plaintiff, RANDY ROHDE, and MATTHEW J. WAGNER, ESQ., attorney for Defendant, PROGRESSIVE DIRECT INSURANCE COMPANY,

///
///
///
///
///
///
///
///

that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: 10-30-17

**LAW OFFICES OF JULIE A. MERSCH**

By: /s/ Julie D. Mersch
JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
701 S. Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 387-5868
Facsimile: (702) 387-0109
*Attorneys for Plaintiff,*
*RANDY ROHDE*

DATED: 10-30-17

**CRAIG P. KENNY & ASSOCIATES**

By: /s/ Julie D. Mersch
LAWRENCE E. MITTIN, ESQ.
Nevada Bar No. 007817
501 S. 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 380-2800
Facsimile: (702) 307-2108
*Attorneys for Plaintiff,*
*RANDY ROHDE*

DATED: 10/30/17

**DENNETT WINSPEAR, LLP**

By: /s/ Matt
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant, PROGRESSIVE*
*DIRECT INSURANCE COMPANY*

**DATED** this 2 day of November, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2